# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS DOLORES NIEVA, et al., | Old Case No. 1:13-cv-01549-AWI-SAB |
| Plaintiffs, | New Case No. 1:13-cv-01549-AWI-GSA |
| v. | ORDER REASSIGNING CASE TO MAGISTRATE JUDGE GARY S. AUSTIN |
| RIGOBERTO FERNANDEZ JIMENEZ, | |
| Defendants. | |

On September 30, 2013, Plaintiff filed a notice of related case in this action. (ECF No. 7.) It appearing that this matter is related to action 1:13-cv-00244-AWI-GSA, <u>Dixon v. State of California, et al.</u>, removed from the Stanislaus County Superior Court on February 15, 2013, pursuant to Local Rule 123,

IT IS HEREBY ORDERED that:

1. This case shall be reassigned to the docket of United States Magistrate Judge Gary S. Austin by the Clerk's Office;

2. The new case number shall be:

    1:13-cv-01549-AWI-GSA

    and all future pleadings and/or correspondence must be so numbered. The parties are advised that use of an incorrect case number, including initials, may result in a delay of documents being processed and copies thereof being correctly distributed

and received by the appropriate judicial officer; and

3.   The Clerk's Office is directed to designate this action and 1:13-cv-00244-AWI-GSA, <u>Dixon v. State of California, et al.</u>, as related cases.

IT IS SO ORDERED.

Dated:  October 1, 2013        /s/ signature

                SENIOR DISTRICT JUDGE