UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS DOLORES NIEVA and PETR DROZEN,<br><br>                Plaintiffs,<br><br>   v.<br><br>RIGOBERTO FERNANDEZ JIMENEZ et al.,<br><br>                Defendants. | **13-cv-1549 AWI GSA**<br><br><br>**ORDER DIRECTING THE CLERK'S OFFICE TO UPDATE THE DOCKET AND RELATE CASES** |

      A review of the above-captioned case reveals that it is related under this Court's Local Rule 123 to the action entitled *National Railroad Passenger Corporation v. Young's Commercial Transfer, Inc.*, 13-1506 AWI-GSA. The actions involve the same or similar parties, claims, events and/or questions of fact or law. The cases have already been assigned to the same District Court Judge and Magistrate Judge. The Clerk's Office is directed to update the dockets in both cases accordingly.

1

IT IS SO ORDERED.

Dated: **December 11, 2013**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE