**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SANTOS DOLORES NIEVA and PETR DROZAN, et al.,**<br><br>Plaintiffs.<br><br>v.<br><br>**RIDOBERTO FERNDEZ JIMENEZ, JAMENEZ TRQCHING, et, al.,**<br><br>**Defendants.** | **CASE NO. 1:13-CV-1549 AWI GSA**<br><br>**ORDER VACATING FEBRUARY 3, 20014 HEARING DATE**<br><br>**ORDER TAKING MOTION UNDER SUBMISSION** |
| **RELATED CASES,** | |

Defendant's motion for a good faith settlement has been set for hearing in this case on February 3, 2014. The Court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. See Local Rule 230(g).

1  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 3, 2014, is VACATED, and the parties shall not appear at that time.  As of February 3, 2014, the Court will take the matter under submission, and the Court will thereafter issue its decision.  If the Court finds a hearing necessary, the Court will reschedule it at a further time.

IT IS SO ORDERED.

Dated:  January 31, 2014

SENIOR  DISTRICT  JUDGE