B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
VINCENT CASTILLO, State Bar No. 209298
vcastillo@llcllp.com
JAN M. ROOS, State Bar No. 287031
jroos@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:    (510) 433-2600
Facsimile:    (510) 433-2699

Attorneys for Defendants/Cross-Defendants,
NATIONAL RAILROAD PASSENGER CORPORATION,
a/k/a AMTRAK, BNSF RAILWAY COMPANY and
BARBARA ANN NEU

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| SANTOS DOLORES NIEVA and PETR DROZEN,<br><br>Plaintiffs,<br><br>v.<br><br>RIGOBERTO FERNANDEZ JIMENEZ, JIMENEZ TRUCKING, YOUNG'S COMMERCIAL TRANSFER, INC., NATIONAL RAILROAD PASSENGER CORPORATION, BNSF RAILWAY COMPANY and DOES 1-10, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS ACTIONS. | Case No. 1:13-CV-01549-AWI-GSA<br><br>**STIPULATION CONTINUING DATE FOR THE PARTIES TO FILE A STIPULATION OF DISMISSAL TO MAY 22, 2014; ORDER THEREON** |

IT IS HEREBY STIPULATED by and between plaintiffs SANTOS DOLORES NIEVA and PETR DROZEN, Defendants/Cross-Complainants RIGOBERTO FERNANDEZ JIMENEZ, JIMENEZ TRUCKING and YOUNG'S COMMERCIAL TRANSFER, INC., and Defendants /Cross-Defendants NATIONAL RAILROAD PASSENGER CORPORATION a/k/a AMTRAK,

13249-42969 JMR 655155.1    - 1 -
Case No.  1:13-CV-01549-AWI-GSA

**STIPULATION AND ORDER CONTINUING DATE TO FILE REQUEST FOR DISMISSAL**

BNSF RAILWAY COMPANY and BARBARA ANN NEU, through their designated counsel, that the parties require more time to execute and finalize documents related to the settlement and final resolution of the above-captioned actions, and will file a Stipulation and [Proposed] Order Dismissing the above-captioned actions on or before May 22, 2014.

Dated: _____, 2014        CRAIGIE McCARTHY & CLOW

By: _____
CASEY S. CLOW
ATTORNEY FOR PLAINTIFFS
SANTOS DOLORES NIEVA and
PETR DROZEN

Dated: _____, 2014        CURTIS LEGAL GROUP

By: _____
MICHAEL B. IJAMS
Attorneys for Defendants/Cross-Complainants
RIGOBERTO FERNANDEZ JIMENEZ,
JIMENEZ TRUCKING, and YOUNG'S
COMMERCIAL TRANSFER, INC.

Dated: _____, 2014        LOMBARDI, LOPER & CONANT, LLP

By: _____
B. CLYDE HUTCHINSON
JAN M. ROOS
Attorneys for Defendants/Cross-Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION a/k/a AMTRAK, BNSF
RAILWAY COMPANY and
BARBARA ANN NEU

///

13249-42969 JMR 655155.1

- 2 -

Case No.  1:13-CV-01549-AWI-GSA

**STIPULATION AND ORDER CONTINUING DATE TO FILE REQUEST FOR DISMISSAL**

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

**ORDER**

Based on the stipulation of the parties set forth above (*see* Doc. 36 for a signed copy), the parties shall file a stipulation to dismiss this case on or before May 22, 2014.

IT IS SO ORDERED.

Dated:   **May 14, 2014**                         **/s/ Gary S. Austin**
                                                                UNITED STATES MAGISTRATE JUDGE

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

13249-42969 JMR 655155.1

- 3 -

Case No.  1:13-CV-01549-AWI-GSA

**STIPULATION AND ORDER CONTINUING DATE TO FILE REQUEST FOR DISMISSAL**