B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
VINCENT CASTILLO, State Bar No. 209298
vcastillo@llcllp.com
JAN M. ROOS, State Bar No. 287031
jroos@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:     (510) 433-2600
Facsimile:      (510) 433-2699

Attorneys for Defendants/Cross-Defendants,
NATIONAL RAILROAD PASSENGER CORPORATION,
a/k/a AMTRAK, BNSF RAILWAY COMPANY and
BARBARA ANN NEU

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| SANTOS DOLORES NIEVA and PETR DROZEN,<br><br>          Plaintiffs,<br><br>    v.<br><br>RIGOBERTO FERNANDEZ JIMENEZ, JIMENEZ TRUCKING, YOUNG'S COMMERCIAL TRANSFER, INC., NATIONAL RAILROAD PASSENGER CORPORATION, BNSF RAILWAY COMPANY and DOES 1-10, inclusive,<br><br>          Defendants.<br><br>AND RELATED CROSS ACTIONS. | Case No. 1:13-CV-01549-AWI-GSA<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between plaintiffs SANTOS DOLORES NIEVA and PETR DROZEN, Defendants/Cross-Complainants RIGOBERTO FERNANDEZ JIMENEZ, JIMENEZ TRUCKING and YOUNG'S COMMERCIAL TRANSFER, INC., and Defendants /Cross-Defendants NATIONAL RAILROAD PASSENGER CORPORATION a/k/a AMTRAK,

BNSF RAILWAY COMPANY and BARBARA ANN NEU, through their designated counsel, that the above-captioned actions, including all cross-actions related to the underlying Complaint, be and hereby are dismissed with prejudice pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1).  Each party to bear their own costs.

Dated: _____, 2014          CRAIGIE McCARTHY & CLOW

By: _____
CASEY S. CLOW
ATTORNEY FOR PLAINTIFFS
SANTOS DOLORES NIEVA and
PETR DROZEN

Dated: _____, 2014          CURTIS LEGAL GROUP

By: _____
MICHAEL B. IJAMS
Attorneys for Defendants/Cross-Complainants
RIGOBERTO FERNANDEZ JIMENEZ,
JIMENEZ TRUCKING, and YOUNG'S
COMMERCIAL TRANSFER, INC.

Dated: _____, 2014          LOMBARDI, LOPER & CONANT, LLP

By: _____
B. CLYDE HUTCHINSON
JAN M. ROOS
Attorneys for Defendants/Cross-Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION a/k/a AMTRAK, BNSF
RAILWAY COMPANY and
BARBARA ANN NEU

1  IT IS SO ORDERED.

2

3  IT IS SO ORDERED.

4  Dated:   May 22, 2014                    _____

5                                            SENIOR   DISTRICT   JUDGE

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

13249-42969 JMR 654822.1         - 3 -
                                            Case No.  1:13-CV-01549-AWI-GSA

**STIPULATION AND ORDER OF DISMISSAL**